13 MISC 0381

Jeffrey L. Schulman
**DICKSTEIN SHAPIRO LLP**
1633 Broadway
New York, NY 10019-6708
Phone: (212) 277-6500
Fax:    (212) 277-6501
Email: schulmanj@dicksteinshapiro.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR OMNI NATIONAL BANK<br><br>Plaintiff,<br><br>v.<br><br>EVEREST REINSURANCE HOLDINGS, INC.,<br><br>Defendant. | Misc. Case No. _____<br><br>[Case No. 1:12-cv-01103-RLV Pending in U.S. District Court for the Northern District of Georgia]<br><br>**NOTICE OF FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR OMNI NATIONAL BANK'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM NON-PARTY EVEREST REINSURANCE HOLDINGS, INC.** |



RECEIVED NOV 0 8 2013 U.S.D.C. S.D.N.Y. CASHIERS

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law and Declaration of Joseph M. Saka in support of the motion to compel, dated November 8, 2013, together with the exhibits attached thereto, the Federal Deposit Insurance Corporation as Receiver for Omni National Bank ("FDIC-R") moves this Court before the Part 1 Judge, at the United States Courthouse, Southern District of New York, located at 500 Pearl Street, New York, New York, for an Order compelling full compliance with the subpoena for the production of documents from non-party Everest Reinsurance Holdings, Inc. for the reasons set forth in the accompanying memorandum of law, and granting such other and further relief as this Court considers appropriate.

Dated: New York, New York
November 8, 2013

**DICKSTEIN SHAPIRO LLP**

By: _____
Jeffrey L. Schulman
S.D.N.Y. Bar No.: JS-5739
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501
schulmanj@dicksteinshapiro.com

*Of Counsel*:
Andrew M. Reidy
Joseph M. Saka
**DICKSTEIN SHAPIRO LLP**
1825 "Eye" Street NW
Washington, DC 20006
Telephone: (202) 420-2200
Facsimile: (202) 420-2201
Email: reidya@dicksteinshapiro.com
Email: sakaj@dicksteinshapiro.com

-and-

James A. Brown
George Denegre, Jr.
Carey L. Menasco
Elisabeth L. Baer
**LISKOW & LEWIS, PLC**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099
Tel: (504) 581-7979
Fax: (504) 556-4108
E-mail:   jabrown@liskow.com
gdenegre@liskow.com
clmenasco@liskow.com
elbaer@liskow.com

*Attorneys for the Federal Deposit Insurance Corporation as Receiver for Omni National Bank*