```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FEDERAL DEPOSIT INSURANCE
CORPORATION AS RECEIVER FOR OMNI
NATIONL BANK,

                           Plaintiff,

                           -against-

EVEREST REINSURANCE HOLDINGS, INC.,

                           Defendant.
------------------------------------------------------------X

13 MISC 381
[Case No. 12 Civ. 1103 (RLV) Pending in U.S. District Court for the Northern District of Georgia]

**ADMINISTRATIVE ORDER**

      Responsive motion papers in this matter are due from Defendant on November 26, 2013. Reply papers, if any, are due December 3, 2013. The motion is returnable December 10, 2013 before the Part I judge.

      The Federal Deposit Insurance Corporation shall personally serve a copy of this order and the annexed affidavit and memorandum of law on Everest Reinsurance Holdings, Inc. or its counsel by November 13, 2013 at 5:00 p.m.

Dated: New York, New York
          November 12, 2013

                                                 _____
                                                 **RICHARD M. BERMAN, U.S.D.J.**