USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/27/13

Jeffrey L. Schulman
**DICKSTEIN SHAPIRO LLP**
1633 Broadway
New York, NY 10019-6708
Phone: (212) 277-6500
Fax:    (212) 277-6501
Email: schulmanj@dicksteinshapiro.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR OMNI NATIONAL BANK<br><br>Plaintiff,<br><br>v.<br><br>EVEREST REINSURANCE HOLDINGS, INC.,<br><br>Defendant. | Misc. Case No. 1:13-mc-00381-P1<br><br>[Case No. 1:12-cv-01103-RLV Pending in U.S. District Court for the Northern District of Georgia]<br><br>**JOINT STIPULATION AND PROPOSED ORDER SETTING BRIEFING SCHEDULE FOR THE MOTION TO COMPEL** |

**IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE**

**UNDERSIGNED COUNSEL,** that the time for Everest Reinsurance Holdings, Inc. ("Everest

Re") to file and serve its Response in Opposition to the Federal Deposit Insurance Corporation as

Receiver for Omni National Bank's ("FDIC-R") Motion To Compel Production of Documents

From Non-Party Everest Re shall be extended up to and including December 3, 2013. The

FDIC-R's time to file and serve any Reply thereto shall be extended up to and including

December 10, 2013. The Parties further stipulate and agree that the Parties shall make

themselves available for a hearing on December 17, 2013 (the hearing date also set in the related

action *FDIC as Receiver for Omni National Bank v. AXIS Reinsurance Co. et al.*, Misc. Case No.

1:13-MC-0380). This is the first time an extension of the briefing schedule or any other deadline has been filed in this action.

Dated: November 25, 2013

By: /s/ Sylvia Semerdjian

Sylvia Semerdjian
S.D.N.Y. Bar No.: SS-4733
477 Martinsville Road
P.O. Box 830
Liberty Corner, New Jersey 07938-0830
Telephone: (908) 604-7206
Facsimile: (908) 604-3450
sylvia.semerdjian@everestre.com

*Attorney for Everest Reinsurance Holdings, Inc.*

Dated: 11/25/13

DICKSTEIN SHAPIRO LLP

By: /s/ Jeffrey L. Schulman

Jeffrey L. Schulman
S.D.N.Y. Bar No.: JS-5739
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501
schulmanj@dicksteinshapiro.com

*Attorneys for the Federal Deposit Insurance Corporation as Receiver for Omni National Bank*

Dated: 11/25/13

SO ORDERED:

Victor Marrero   U.S.D.J.

Part I

2